UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
MILAGROS SENIOR, :
                          Plaintiff, :
                                        :        22 Civ. 8662 (LGS)
             -against- :
                                        :        ORDER
LAWRENCE FINE ART & ANTIQUES, LLC, :
                         Defendant. :
:
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, the Order dated October 28, 2022, required the parties to file a proposed case management plan and joint letter by December 7, 2022, at 12:00 P.M.;

      WHEREAS, the initial pretrial conference is currently scheduled for December 14, 2022, at 4:20 P.M.;

      WHEREAS, the parties failed to file the joint letter or proposed case management plan. It is hereby

      **ORDERED** the parties shall file a joint letter and proposed case management plan as soon as possible and no later than **December 9, at 12:00 P.M.**

Dated: December 7, 2022
           New York, New York

                                                LORNA G. SCHOFIELD
                                          UNITED STATES DISTRICT JUDGE